





**VACUUM-INSULATED DOUBLE-WALL BOTTLE** [40 OUNCE] [WIDE-MOUTH STYLE]

stainless steel : model 7502 : case pack-4 : UPC 8-45174-00464-1
crater blue : model 7502BL : case pack-4 : UPC 8-45174-00470-2
lime green : model 7502LM : case pack-4 : UPC 8-45174-00651-5
solar orange : model 7502OR : case pack-4 : UPC 8-45174-00473-3
lipstick pink : model 7502PK : case pack-4 : UPC 8-45174-00476-4
matte black : model 7502BK : case pack-4 : UPC 8-45174-00467-2
winter white : model 7502WH : case pack-4 : UPC 8-45174-00479-5




**VACUUM-INSULATED DOUBLE-WALL GROWLER** [64 OUNCE] [WIDE-MOUTH STYLES]

stainless steel : model 7500 : case pack-2 : UPC 8-45174-00458-0
matte black : model 7500BK : case pack-2 : UPC 8-45174-00461-0
winter white : model 7500WH : case pack-2 : UPC 8-45174-00539-6

**VACUUM-INSULATED DOUBLE-WALL BARREL GROWLER** [64 OUNCE]

stainless steel : model 7508 : case pack-2 : UPC 8-45174-00581-5
matte black : model 7508BK : case pack-2 : UPC 8-45174-00584-6
winter white : model 7508WH : case pack-2 : UPC 8-45174-00587-7



LIFELINE FIRST AID • WILSONVILLE, OR 97070, USA • LIFELINEFIRSTAID.COM • 877.377.8243    21



**VACUUM-INSULATED DOUBLE-WALL BOTTLE** [18 OUNCE] [WIDE-MOUTH STYLE]

stainless steel : model 7504 : case pack-4 : UPC 8-45174-00482-5
crater blue : model 7504BL : case pack-4 : UPC 8-45174-00488-7
solar orange : model 7504OR : case pack-4 : UPC 8-45174-00491-7
lipstick pink : model 7504PK : case pack-4 : UPC 8-45174-00494-8
matte black : model 7504BK : case pack-4 : UPC 8-45174-00485-6
winter white : model 7504WH : case pack-4 : UPC 8-45174-00497-9

**VACUUM-INSULATED DOUBLE-WALL BOTTLE** [24 OUNCE] [NARROW-MOUTH STYLE]

stainless steel : model 7506 : case pack-4 : UPC 8-45174-00500-6
crater blue : model 7506BL : case pack-4 : UPC 8-45174-00506-8
solar orange : model 7506OR : case pack-4 : UPC 8-45174-00509-9
lipstick pink : model 7506PK : case pack-4 : UPC 8-45174-00512-9
matte black : model 7506BK : case pack-4 : UPC 8-45174-00503-7
winter white : model 7506WH : case pack-4 : UPC 8-45174-00515-0

20    LIFELINE FIRST AID • WILSONVILLE, OR 97070, USA • LIFELINEFIRSTAID.COM • 877.377.8243

Exhibit C to Complaint, Page 2 of 2