

Exhibit D to Complaint, Page 1 of 1